UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMONT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WACHOVIA BANK, FSB, et al.,<br><br>　　　　Defendants. | Case No.: C 10-2028 PVT<br><br>**ORDER REFERRING THIS CASE TO DISTRICT JUDGE JEREMY FOGEL FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NO. C07-04497 JF; AND**<br><br>**CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 14, 2010** |

　　　It has come to the court's attention that this case may be related to an earlier-filed case pending before Judge Jeremy Fogel, *Delores Mandrigues, et al v. World Savings, Inc., et al.,* case no. C07-04497 JF.  Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge.  *See* Civil L.R. 3-12(c).  Because it is not yet known whether this case should be reassigned to Judge Fogel, and because it appears from the docket that the Defendants have not yet been served with the complaint, it is also appropriate to continue the Case Management Conference.  Therefore,

　　　IT IS HEREBY ORDERED that this case is referred to Judge Fogel for consideration of whether this case is related to the earlier filed case pending before him.

　　　IT IS FURTHER ORDERED that the Case Management Conference in this matter is CONTINUED to September 14, 2010.

Dated: *8/3/10*

　　　　　　　　　　　　　　　　　　　　　　／s／ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

copies mailed on    *8/3/10*    to:

Lamont Johnson
7937 Diamond Rock Drive
Antelope, CA 95843

Roxanne Monique Mosley[1]
Law Office of Roxanne Mosley
449 15th St., Ste 201E
Oakland, CA 94612

                          */s/  Donna Kirchner      for*
                          ELIZABETH GARCIA
                          Courtroom Deputy

---

[1] A copy of this is being served on attorney Roxanne Mosley by mail because, although Plaintiff has informed the court that he has retained her as counsel, she has neither made any appearance on the record nor signed up for the court's electronic filing system.

ORDER, *page 2*