1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN JOSE DIVISION
11

12   LAMONT JOHNSON,                    )        Case No.: C 10-2028 PVT
                                        )
13                  Plaintiff,          )        **ORDER TRANSFERRING CASE TO THE**
                                        )        **UNITED STATES DISTRICT COURT FOR THE**
14          v.                          )        **EASTERN DISTRICT OF CALIFORNIA**
                                        )
15   WACHOVIA BANK FSB, et al.,         )
                                        )
16                  Defendants.         )
                                        )
17   _____)

18          According to the complaint (and also the amended complaint Plaintiff filed), the parcels of

19   real property at issue in this lawsuit are located in Antelope, California and Sacramento, California.

20   The complaint and amended complaint also indicate that Plaintiff lives in the Eastern District of

21   California (either Antelope or Sacramento).[1]  On September 2, 2010, this court entered an order to

22   Plaintiff to show cause why this case should not be transferred to the United States District Court for

23   the Eastern District of California.  Plaintiff failed to file any response to the order to show cause by

24   the September 21, 2010 deadline.  Therefore, based on the complaint, the amended complaint and

25

26          [1]      Plaintiff originally alleged that he is "a similarly situated victim, of the Class action suit
     filed in San Jose, California UNITED STATES DISTRICT COURT, and NORTHERN DISTRICT OF
27   CALIFORNIA -SAN JOSE DEVISION. Case # C07 -04497, Delores Mandrigues - Vs - World Savings,
     Inc, World Savings Bank, FSB, Wachovia Mortgage Corp and Does 1 through 10."  On the Civil Cover
28   Sheet, Plaintiff indicated that the case is related to Case No. C07-04497.  However, on August 18, 2010,
     the court found that this case is not related to Case No. C07-04497.  (*See* Docket No. 6, herein.)

1   the file herein,

2       IT IS HEREBY ORDERED that this case be transferred to the United States District Court

3   for the Eastern District of California.  Pursuant to 28 U.S.C. section 1391, a case in which

4   jurisdiction is not based solely on diversity of citizenship[2] may be filed only in:

5       "(1) a judicial district where any defendant resides, if all defendants reside in the same
        State; (2) a judicial district in which a substantial part of the events or omissions
6       giving rise to the claim occurred, or a substantial part of property that is the subject of
        the action is situated, or (3) a judicial district in which any defendant may be found, if
7       there is no district in which the action may otherwise be brought."

8   Based on the allegations in the complaint, it appears that the only proper venue for this case is the

9   Eastern District of California because that is where "a substantial part of the events or omissions

10  giving rise to the claim occurred, or a substantial part of property that is the subject of the action is

11  situated."  Plaintiff has not alleged, much less shown, that all Defendants reside in this judicial

12  district.  When a plaintiff files his case in the wrong district, the court must either dismiss the case or

13  else transfer it to the District Court in the correct district.  *See* 28 U.S.C. § 1406(a).  Thus, transfer to

14  the Eastern District of California is warranted.

15  Dated: *10/19/10*

16                          *Patricia V. Trumbull*
                            PATRICIA V. TRUMBULL
17                          United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

---

[2]     Neither the complaint nor the amended complaint alleges diversity jurisdiction.

ORDER, *page 2*